UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

RYAN CURRIER,
     Plaintiff,

                           Case No. 14-12179

-vs-                       Hon. Sean F. Cox
                           Magistrate Judge: Paul J. Komives

PDL RECOVERY GROUP, LLC,
AVANTE TELADVANCE, INC. d/b/a CHECK 'N GO ONLINE,
MARA PFALZER,
BENJAMIN J. HOEY,
JAMIE BELSTADT,
RONALD COBB,
VERA B. RAY,
JOHN AND/OR JANE DOES 1-10, and
JOHN AND/OR JANE DOES 11-20,
     Defendants.

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Rule 41(a)(1)(A), the Plaintiff dismisses his complaint and jury

demand (Docket 1), as well as his first amended complaint and jury demand (Docket

3) as to Defendant Benjamin J. Hoey, without prejudice.

Respectfully Submitted,


By:  s/ Amanda M. Longendyke
Amanda M. Longendyke (P-77777)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Ryan Currier
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Amanda@MichiganConsumerLaw.Com

Dated: September 22, 2014

## Certificate of Service

I hereby certify that on September 22, 2014, I electronically filed Notice of Voluntary Dismissal with the Clerk of the Court using the ECF system, which will send notification of such filing to all interested parties of record. Further, I hereby certify that I also served this documentation on the following parties:

Party                                                    Manner Served

James F. Granville                              Electronically by email to
Attorney for Defendant Benjamin J. Hoey        jgranville@bsawlaw.com
Bennett Schechter Arcuri & Will LLP
Attorneys and Counselors at Law
3521 Union Road
Cheektowaga, NY 14225
PH: (716) 683-3364
Email: jgranville@bsawlaw.com

Respectfully Submitted,


By:  s/ Amanda M. Longendyke
Amanda M. Longendyke (P-77777)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Ryan Currier
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Amanda@MichiganConsumerLaw.Com

Dated: September 22, 2014