UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

RYAN CURRIER,
    Plaintiff,

-vs-

PDL RECOVERY GROUP, LLC, *et. al.*,
    Defendants.

Case No. 14-12179
Hon. Sean F. Cox
Magistrate Judge: Paul J. Komives

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55, Ryan Currier requests that Clerk's Entry of Default be entered against Defendants Jamie Belstadt and Mara Pfalzer for failure to plead or otherwise defend.

Respectfully Submitted,

By: s/ Amanda Longendyke
Amanda Longendyke (P-77777)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Ryan Currier
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Amanda@MichiganConsumerLaw.com

Dated: September 22, 2014

## Certificate of Service

I hereby certify that on September 22, 2014, I electronically filed this Request, along with the attached Declaration, with the Clerk of the Court using the ECF system, which will send notification of such filing to all interested parties of record. Further, I hereby certify that I also served this documentation on the following parties:

| Party | Manner Served |
|---|---|
| Michael A. Benson<br>Attorney for Defendants PDL Recovery Group, LLC, Jamie Belstadt and Mara Pfalzer<br>Law Office of Michael A. Benson<br>77 North Buffalo Street<br>P.O. Box 411<br>Springville, New York 14141<br>PH: (716) 592-2900<br>Fax: (716) 592-5170<br>Email: bensonlaw1@verizon.net | Electronically by email to bensonlaw1@verizon.net |

Respectfully Submitted,

By: s/ Amanda M. Longendyke
Amanda M. Longendyke (P-77777)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Ryan Currier
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Amanda@MichiganConsumerLaw.com

Dated: September 22, 2014