UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ryan Currier,

          Plaintiff(s),

v.                                    Case No. 2:14−cv−12179−SFC−PJK
                                        Hon. Sean F. Cox

PDL Recovery Group, LLC, et al.,

          Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Jamie Belstadt

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      DAVID J. WEAVER, CLERK OF COURT

                                      By: s/ D. Worth
                                          Deputy Clerk

Dated: September 23, 2014